1036

[No. 2995-6-III.   Division Three.   March 20, 1980.]

ROBERT RIDGWAY, *Respondent,* v. ROGER L. CORN,
ET AL, *Appellants.*

Appeal from a judgment of the Superior Court for Walla
Walla County, No. 68006, James B. Mitchell, J., entered
June 26, 1978. *Affirmed in part* and *remanded* by unpublished opinion per Green, C.J., concurred in by Munson and
Roe, JJ.

[No. 3732-II.   Division Two.   March 21, 1980.]

THE STATE OF WASHINGTON, *Respondent,* v. WILLIAM
O. DYER, *Appellant.*

Appeal from a judgment of the Superior Court for Kitsap
County, No. C-3604, Robert J. Bryan, J., entered September 22, 1978. *Remanded with instructions* by unpublished
opinion per Petrie, J., concurred in by Reed, C.J., and
Pearson, J.

[No. 6475-4-I.   Division One.   March 24, 1980.]

ARCHIE BRENDEN, *Appellant,* v. THE STATE OF WASH-
INGTON, *Defendant,* THE CITY OF
SEATTLE, *Respondent.*

Appeal from a judgment of the Superior Court for King
County, No. 833706, Eugene G. Cushing, J., entered March
23, 1978. *Affirmed* by unpublished opinion per Callow, C.J.,
concurred in by Williams and Andersen, JJ.